## HANNON V. THE STATE.
(Decided Jan. 14, 1913.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed.

## HOOPER V. THE STATE.
(Decided Jan. 16, 1913.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

## HOUSE, ET AL. V. DONNELLY.
(Decided Nov. 28, 1912.)

APPEAL from Birmingham City Court.

Heard before Hon. J. J. RAY, Special Judge.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

## HOWLE V. THE STATE.
(THREE CASES.)
(Decided Jan. 16, 1913.)

APPEAL from Gadsden City Court.

Heard before Hon. J. A. BILBRO.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.